# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILFRIDO VARELAS-RUBIO, <br><br> Defendant. | CR 18-88-BLG-SPW <br><br><br><br> ORDER |

Pending before the Court is a motion of the United States of America to file its response to the defendant's sentencing memorandum under seal (Doc. 77). For good cause shown,

IT IS HEREBY ORDERED that the motion to file the United States' response to defendant's sentencing memorandum under seal is **GRANTED**.

DATED this 28th day of March, 2019.

SUSAN P. WATTERS
United States District Judge

1