AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| United States of America<br>v.<br>Wilfrido Varelas-Rubio | )<br>)<br>) Case No: CR 18-88-BLG-SPW<br>) USM No: 17270-046<br>) |
| Date of Original Judgment: 04/05/2019<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Pro Se<br>) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The Court denies Varelas-Rubio's motion because, although he is eligible for a sentence reduction under 18 U.S.C. 3582(c)(2) and USSG 1B1.10, the Court cannot reduce his term of imprisonment to a term less than the minimum of the amended guideline. *Dillon v. United States*, 560 U.S. 817, 827 (2010). Since Varelas-Rubio's original sentence was the low-end of the amended advisory guideline range, the Court cannot reduce his sentence any further and thus must deny his motion.

Except as otherwise provided, all provisions of the judgment dated   04/05/2019   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   04/22/2024

*Judge's signature*

Susan P. Watters, U.S. District Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*